UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID PALMIRO,

                    Plaintiff,

        -against-

TOYOTA MOTOR CREDIT
CORPORATION, JS AUTOWORLD, LLC,
TRANS UNION, LLC, EQUIFAX
INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC.,

                    Defendants.

Case No. 1:22-cv-05143 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are cancelled. The Clerk of Court is respectfully directed to CLOSE the case.

Dated: November 16, 2023
       New York, New York

                             SO ORDERED.

                             *Jennifer Rochon*
                             JENNIFER L. ROCHON
                             United States District Judge